AO 470 (Rev. 01/09) Order Scheduling a Detention Hearing

# UNITED STATES DISTRICT COURT
## for the
## District of Nevada

| United States of America | ) | |
|---|---|---|
| v. | ) | Case No. 2:14-mj-56-GWF |
| SARA YEOMANS | ) | |
| *Defendant* | ) | |



FILED ___ RECEIVED ___
ENTERED ___ SERVED ON
COUNSEL/PARTIES OF RECORD

JAN 29 2014

CLERK US DISTRICT COURT
DISTRICT OF NEVADA
BY: _____ DEPUTY

## ORDER SCHEDULING A DETENTION HEARING

A detention hearing in this case is scheduled as follows:

| Place: | Lloyd D. George Federal Courthouse<br>333 Las Vegas Blvd., South<br>Las Vegas, NV 89101<br>Before the Honorable George W. Foley, Jr., U.S. Magistrate Judge | Courtroom No.: | 3A |
|---|---|---|---|
| | | Date and Time: | January 30, 2014 at 3:00 p.m. |

**IT IS ORDERED:** Pending the hearing, the defendant is to be detained in the custody of the United States marshal or any other authorized officer. The custodian must bring the defendant to the hearing at the time, date, and place set forth above.

Date: Jan 29, 2014

*Judge's signature*

GEORGE W. FOLEY, JR., U.S. Magistrate Judge

*Printed name and title*